UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: WA:09-CR-00178(1)-ADA |
| | § | |
| (1) KATINA ROCHELLE CANDRICK | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

    Before the court is the above styled and numbered cause. On August 28, 2025 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) KATINA ROCHELLE CANDRICK, which alleged that Candrick violated a condition of her supervised release and recommended that Candrick's supervised release be revoked (Clerk's Document No. 221). A warrant issued and Candrick was arrested. On September 24, 2025, Candrick appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

    Candrick appeared before the magistrate judge on December 9, 2025, waived her right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on December 10, 2025, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on

the original offense and the intervening conduct of Candrick, the magistrate judge recommends that this court revoke Candrick supervised release and that Candrick be sentenced to imprisonment for TWENTY FOUR (24) months, with credit for time served since her arrest, with no term supervised release to follow the term of imprisonment, and that she serve her term of imprisonment at FMC Carswell (Clerk's Document No. 248).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en banc)*. The parties in this cause were properly notified of the consequences of a failure to file objections.

On December 9, 2025, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation Of United States Magistrate Judge (Clerk's Document No. 246). The court, having reviewed the entire record and finding no plain error, accepts

and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 248 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) KATINA ROCHELLE CANDRICK's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) KATINA ROCHELLE CANDRICK be imprisoned for TWENTY FOUR (24) months, with credit for time served since her arrest, with no term of supervised release, and that she serve her term of imprisonment at FMC Carswell.

Signed this 16th day of December, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE